UNITED STATES of America,
Plaintiff–Appellee,

v.

Lloyd George MAXWELL, Sr.,
Defendant–Appellant.

No. 02–6822.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Lloyd George Maxwell, Sr., Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lloyd George Maxwell, Sr., appeals the district court's order denying his motion to modify his sentence based on post-sentencing efforts. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the order of the district court. *See United States v. Maxwell,* Nos. CR–93–262–A; CA–02–738–L (E.D.Va. Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*